UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| JANE ROE AND JAMES ROE, INDIVIDUALLY, AND AS PARENTS, NATURAL GUARDIANS, AND NEXT FRIEND OF MINOR CHILD, JOHN DOE, | ) ) ) ) ) | Civil Action No. 8:25-cv-00318-BHH |
| Plaintiff, | ) ) | **JOINT 26(f) REPORT** |
| vs. | ) ) | |
| SINGLETON INVESTMENT PROPERTIES, LLC, WHETSTONE ACADEMY, LLC, AND JOHN SINGLETON, | ) ) ) ) ) | |
| Defendants | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐     We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒     We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐     We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

WE CONSENT:

MCANGUS GOUDELOCK & COURIE, LLC

s/ *Michael Trask*
MICHAEL TRASK (Federal ID No. 12894)
michael.trask@mgclaw.com
James E. Fant (Federal ID No. 14321)
james.fant@mgclaw.com
1320 Main Street, 10th Floor
Columbia, South Carolina 29201
Telephone: (803) 779-2300
Facsimile: (803) 748-0526
ATTORNEYS FOR WHETSTONE ACADEMY,
LLC AND JOHN SINGLETON.

April __1__, 2025

WE CONSENT:

McGOWAN, HOOD, FELDER AND PHILLIPS, LLC

s/ *S. Randall Hood*
S. Randall Hood, Fed ID No. 6103
Ashley Creech, Fed Id No. 10346
McGOWAN, HOOD, FELDER AND PHILLIPS, LLC
1539 Health Care Drive
Rock Hill, SC 29732
Telephone: (803) 327-7800
rhood@mcgowanhood.com
acreech@mcgowanhood.com
ATTORNEY FOR PLAINTIFFS

April __1__, 2025