IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JANE ROE AND JAMES ROE, INDIVIDUALLY, AND AS PARENTS, NATURAL GUARDIANS, AND NEXT FRIEND OF MINOR CHILD, JOHN DOE, <br><br>      Plaintiff, <br><br>v. <br><br>SINGLETON INVESTMENT PROPERTIES, LLC, WHETSTONE ACADEMY, LLC, AND JOHN SINGLETON, <br>      Defendant(s). | Civil Action No.: 8:25-cv-00318-BHH <br><br><br><br>**FIRST AMENDED SCHEDULING ORDER** |

  Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1. The Parties have agreed to waive the initial disclosures required under Fed. R. Civ. P. 26(a)(1).

2. No later than **April 1, 2025**, the parties shall file a Rule 26(f) Report in the form attached to this order. Parties are hereby notified that Local Civil Rule 26.03 lists additional queries to be answered in the Rule 26(f) Report.

3. Motions to join other parties and amend the pleadings (Fed.R.Civ.P.16(b)(3)(A)) shall be filed no later than **June 26, 2025**.

4. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **January 5, 2026.**

5. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **February 4, 2026.**

6. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **September 2, 2026.** Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

7. Discovery shall be completed no later than **June 8, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Hendricks in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such motion.**

8. Mediation shall be completed in this case on or before **August 1, 2026**. See the Mediation Order filed in this case which sets forth mediation requirements.

9. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **August 20, 2026**. (Fed.R.Civ.P.16(b)(3)(A)).

10. This case is subject to being called for jury selection and/or trial the later of 60 days after dispositive motions have been resolved or **November 17, 2026**. Once a specific jury selection and trial date are scheduled, a Notice will be issued at that time. The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(3) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs, and marking of exhibits.

                **s/Bruce Howe Hendricks**
                United States District Judge

Dated: **April 2, 2025**
Greenville, South Carolina
Pursuant to Local Civil Rule 83.I.06, this order is being sent to local counsel only.